IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA A. ANDERSON | : | CIVIL ACTION |
| v. | : | |
| MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration | :<br>:<br>: | NO. 12-4114 |

ORDER

AND NOW, this 3rd day of April, 2013, upon consideration of plaintiff's request for review and defendant's response and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, it is ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The plaintiff's request for review is GRANTED; and

3. The matter is remanded to the Commissioner for further review consistent with the Report and Recommendation.

_____
THOMAS N. O'NEILL, JR.,   J.

FILED
APR - 3 2013
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk